JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Sarah Campbell and Justin Campbell, w/h
8643 Yale Place, Philadelphia, Pennsylvania 19136

**(b)** County of Residence of First Listed Plaintiff: **Philadelphia**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Brad S. Tabakin, Esquire/Richard A. Wolfe, Esquire (215) 525-1616
1000 Germantown Pike, B-3, Plymouth Meeting, PA 19462

## DEFENDANTS
Monro Muffler Brake Inc. (see attached sheet)
200 Holleder Parkway, Rochester, New York 14615

County of Residence of First Listed Defendant: **Monroe**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332(a)(1); 28 U.S.C. 1391(a)(2)

Brief description of cause:
Motor Vehicle Accident

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 110,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 11/30/2018
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SARAH CAMPBELL and JUSTIN CAMPBELL,<br>Wife and Husband<br>8643 Yale Place<br>Philadelphia, Pennsylvania 19136<br>        Plaintiffs | |
| v. | NO: |
| MONRO MUFFLER BRAKE INC.<br>200 Holleder Parkway<br>Rochester, New York 14615<br>        Defendant | |
| and | COMPLAINT AND<br>JURY DEMAND |
| IVAN M. RODRIGUEZ<br>1924 South Olden Avenue<br>Hamilton, New Jersey 08610<br>        Defendant | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SARAH CAMPBELL and JUSTIN CAMPBELL, Wife and Husband 8643 Yale Place Philadelphia, Pennsylvania 19136       Plaintiffs | : : : : : : |
| v. | : NO: |
| MONRO MUFFLER BRAKE INC. 200 Holleder Parkway Rochester, New York 14615       Defendant | : : : : : |
| and | : COMPLAINT AND : JURY DEMAND |
| IVAN M. RODRIGUEZ 1924 South Olden Avenue Hamilton, New Jersey 08610       Defendant | : : : : |

## **CIVIL ACTION - COMPLAINT**

### **THE PARTIES**

1. Plaintiffs, Sarah Campbell and Justin Campbell, wife and husband, are adult individuals, citizens and residents of the Commonwealth of Pennsylvania and reside at 8643 Yale Place, Philadelphia, Pennsylvania 19136.

2. Defendant, Monro Muffler Brake Inc., is a New York corporation or other business entity authorized and transacting business in the State of New Jersey with its domicile and principal place of business located in the State of New York with its corporate offices located at 200 Holleder Parkway, Rochester, New York, 14615.

3.     Defendant, Ivan M. Rodriguez, is an adult individual and is a citizen and resident of the State of New Jersey and resides at 1924 South Olden Avenue, Hamilton, New Jersey 08610.

## JURISDICTION

4.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1332(a)(1) in that "the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States".

## VENUE

5.     Venue over this action is appropriate in this matter pursuant to 28 U.S.C. 1391(a)(2), in the District of New Jersey in that: – it is where a substantial part of the events or omissions giving rise to the claim occurred.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

6.     Plaintiffs aver and incorporate by reference all of the allegations of Paragraphs 1 through 5, inclusive, of this Complaint as though the same were fully set forth hereinafter.

7.     On or about April 15, 2017, at approximately 12:45 P.M., Plaintiff, Sarah Campbell, was legally proceeding in her motor vehicle in a northerly direction on Main Street, Manalapan Township, Monmouth County, New Jersey, when suddenly and without warning, Defendant, Ivan M. Rodriguez, who was the operator of a motor vehicle, to wit, a 2005 Ford Pickup, New Jersey License Plate No: XC451L, owned by Defendant, Monro Muffler Brake Inc., so negligently and carelessly struck Plaintiff, Sarah Campbell, vehicle in the rear causing the Plaintiff, Sarah Campbell, to sustain severe and permanent injuries and other losses

hereinafter more fully set forth herein.

8. The injuries resulted solely from the negligence and carelessness of the Defendants, Ivan M. Rodriguez and Monro Muffler Brake Inc., and was due, in no manner whatsoever, to any act or failure to act on the part of the Plaintiff, Sarah Campbell.

9. The aforesaid accident was caused solely by reason of the negligence and carelessness of the Defendants, Ivan M. Rodriguez and Monro Muffler Brake Inc., and in addition to the aforementioned, consisted of the following:

a. Operating a motor vehicle at a high and excessive rate of speed under the circumstances;

b. Failing to have a motor vehicle under proper and adequate control;

c. Failing to use the highest degree of skill in the operation of a motor vehicle;

d. Failing to keep a proper lookout for other vehicles upon the highway;

e. Failing to exercise due care and caution under the circumstances;

f. Violating the Ordinances of the Township of Manalapan, County of Monmouth, State of New Jersey;

g. Violating the Assured Clear Distance Rule;

h. Failure to yield the right of way to the Plaintiff's vehicle;

i. Negligence at law;

j. Defendant, Monro Muffler Brake Inc., failed to investigate, ascertain and/or certify the credential of Defendant, Ivan M. Rodriguez, the operator of the motor vehicle;

k. Defendant, Monro Muffler Brake Inc., negligently entrusted his vehicle to the care and control of Defendant, Ivan M. Rodriguez, when he knew or should have known that such entrustment may result in injury to another driver;

l. Defendant, Monro Muffler Brake Inc., failed to investigate, ascertain and/or verify the credentials of Ivan M. Rodriguez, the operator of his motor vehicle.;

m. Defendant, Monro Muffler Brake Inc., negligently entrusted the operation of

3

said vehicle to Defendant, Ivan M. Rodriguez, when he knew, or had reason to know, that such entrustment may result in injury to other motorists;

   n. Violation of the statutes and ordinances of the State of New Jersey regarding the safe operation of a motor vehicle; and

   o. Such other acts or failures to act as shall be revealed through the course of discovery.

  10. As a result of the aforesaid negligence and carelessness of the Defendants, Ivan M. Rodriguez and Monro Muffler Brake Inc., the Plaintiff, Sarah Campbell, was caused to sustain severe and permanent injuries requiring medical treatment, to the bones, joints, muscles, tendons, blood vessels, and soft tissues throughout her entire body, including, but not limited to her neck, back, bilateral shoulders, bilateral hips, annular tear an disc bulge at L3-4, L4-5 and L5-S1, L5 radiculopathy on right, disc bulging at C4-5 through C6-7, and was caused immeasurable pain and suffering, was prevented from pursuing her usual activities, has permanent disabilities that will affect Plaintiff herein, and may have caused her to sustain other diverse losses and to incur such expenditures for an indefinite period of time in the future, to her great detriment and loss, which currently equals or exceeds $17,909.64 and may continue to increase.

  11. As a further result of the negligence and carelessness of the Defendants, Ivan M. Rodriguez and Monro Muffler Brake Inc., Plaintiff, Sarah Campbell, has and will be obliged to receive and undergo medical attention and care and to expend various sums of money and to incur various expenses, and she may be obliged to continue to expend such sums and to incur such expenditures for an indefinite period of time in the future, all to Plaintiff's great detriment and loss.

  12. As a further result of the negligence and carelessness of the Defendants, Ivan M. Rodriguez and Monro Muffler Brake Inc., Plaintiff, Sarah Campbell, has been caused to suffer agonizing aches, severe physical pains, disability, mental anguish and humiliation and will continue

4

to suffer same for an indefinite time in the future, all to Plaintiff's great detriment and loss.

13. As a result of the negligence and carelessness of the Defendants, Ivan M. Rodriguez and Monro Muffler Brake Inc., Plaintiff, Sarah Campbell, has been caused to suffer a loss of earnings and earning capacity or may suffer a loss of earnings and earning capacity and impairment of earning capacity and power, and may continue to incur same in the future.

14. Solely as a result of the aforesaid negligence and carelessness of the Defendants herein, Justin Campbell, as spouse of Plaintiff, Sarah Campbell, has been deprived of the society, companionship, aid, assistance, earnings and earning power and consortium of said spouse, all of which has, and may, in the future, continue to cause great emotional financial loss and damage.

WHEREFORE, Plaintiffs, Sarah Campbell and Justin Campbell, demand compensatory damages against Defendants, Ivan M. Rodriguez and Monro Muffler Brake Inc., for the common law tort of negligence, in an amount in excess of Seventy-Five Thousand ($75,000.00) Dollars, plus interest, costs of suit and attorney's fees.

## JURY DEMAND

Plaintiffs demand a jury trial.

TABAKINWOLFE LLP

BY: _____
BRAD S. TABAKIN, ESQUIRE
Attorney for Plaintiff
Identification No: 65649
E-mail: brad@twlegal.net

BY: _____
RICHARD A. WOLFE, ESQUIRE

Attorney for Plaintiff
Identification No: 78944


1000 Germantown Pike – Unit B3
Plymouth Meeting, Pennsylvania 19462
(215) 525-1616 - Office
(215) 525-5858 - Facsimile
E-mail: rich@twlegal.net

6